# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Aquilia Marcivicci Barnette,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-477
(3:97-cr-23)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2010 Order.

    Signed: October 25, 2010

Frank G. Johns, Clerk
United States District Court